UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANAFSHEHA TRUST 2014, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMTRUST NORTH AMERICA, INC., *et al.*, <br><br> Defendants. | Case No. 1:23-cv-01497-KES-EPG <br><br> ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (ECF No. 25). |

On June 12, 2025, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear their own attorney fees and costs. (ECF No. 25). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to terminate all pending deadlines, proceedings, and motions (including the motion to remand (ECF No. 8) and motion to dismiss (ECF No. 14) and to close this case.

IT IS SO ORDERED.

Dated: **June 13, 2025**               /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1